*E-filed 5/16/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL R. CLARK, et al. | Case No. C07-00805 HRL |
| Plaintiffs, | **ORDER TAKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OFF CALENDAR** |
| v. | Re: Docket No. 26 |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On May 9, 2007, the court set a hearing for June 12, 2007 on the issue of whether to set aside the default entered by the Clerk against defendant. The court also took off calendar the case management conference and the defendant's motion to dismiss, pending the resolution of the default issue. On May 11, 2007, plaintiff filed a motion for summary judgment, noticing it for hearing on May 22, 2007. The motion for summary judgment is hereby taken off the calendar pending resolution of the default issue.

**IT IS SO ORDERED.**

Dated: 5/16/07

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Lawrence E. Eiser  Larry.Eiser@USDOJ.Gov, Hope.Swann@USDOJ.Gov

Daniel R. Clark
585 Hawthorne Street
Unit 205
Monterey, CA 93940

Yupapan Clark
585 Hawthorne Street
Unit 205
Monterey, CA 93940

James G. Touhey, Jr.
U. S. Department of Justice
Torts Branch, Civil Division
Post Office Boc 888
Washington, DC 20044

Peter D. Keisler
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW
Room 7312
Washington, DC 20530