*E-filed 8/17/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DANIEL R. CLARK, et al.

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,

    Defendant.

                                        /

Case No. C07-00805 HRL

**JUDGMENT**

    Defendant's motion to dismiss for lack of subject matter jurisdiction having been granted in its entirety, judgment is entered in favor of Defendant.  Plaintiffs shall take nothing by way of their complaint and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 8/17/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Lawrence E. Eiser Larry.Eiser@USDOJ.Gov, Hope.Swann@USDOJ.Gov

Daniel R. Clark
585 Hawthorne Street
Unit 205
Monterey, CA 93940

Yupapan Clark
585 Hawthorne Street
Unit 205
Monterey, CA 93940

Peter D. Keisler
United States Department of Justice
Assistant Attorney General
20 Massachusetts Avenue, NW
Room 7312
Washington, DC 20530

James G. Touhey , Jr
U. S. Department of Justice
Torts Branch, Civil Division
Post Office Box 888
Washington, DC 20044

2